1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL DEAN COOPER,                  No.  2:23-cv-1737 WBS KJN P

12                  Plaintiff,

13        v.                               ORDER

14   JENNIFER P. SHAFFER, et al.,

15                  Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On December 12, 2023, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff, and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis, with exception to the magistrate

26   judge's recommendation that the dismissal be without prejudice.  Because, as the magistrate

27   judge recommended, plaintiff should not be given leave to amend, the dismissal will be with

28   prejudice.  Accordingly, IT IS HEREBY ORDERED that:

1     1.  The findings and recommendations filed December 12, 2023 (ECF No. 4), are adopted

2  in full with the exception noted above; and

3     2.  This action is dismissed with prejudice.

4  Dated:  February 2, 2024

5                                                   WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE

6

7

8  /coop23cv1737.800

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2